IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILSON GORRELL,
      Plaintiff
    v.
UNITED STATES,
      Defendant

: Case No. 3:11-cv-8-KRG-KAP

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 8, 2012, docket no. 32, recommending that defendant's motion to dismiss, docket no. 17, be granted and plaintiff's complaint be dismissed.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to serve and file written objections to the Report and Recommendation. Plaintiff filed timely objections, docket no. 33, that are meritless.

After de novo review of the record, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 27th day of March, 2012, it is

ORDERED that defendant's motion to dismiss, docket no. 17, is granted and plaintiff's complaint is dismissed without leave to amend. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Wilson Gorrell, Reg. No. 56609-054
> Jesup Federal Satellite Low
> 2600 Highway 301 South
> Jesup, Georgia 31599